No. 211. CITIES SERVICE OIL CO. *v.* TOBRINER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George H. Colin* for petitioner. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for respondents.

No. 212. HENRY ET AL., DOING BUSINESS AS SUBURBAN BROADCASTERS, *v.* FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Lester W. Spillane, Robert L. Heald* and *Edward F. Kenehan* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Max D. Paglin, Daniel R. Ohlbaum* and *Ernest O. Eisenberg* for respondent.

No. 213. NOBLE ET UX. *v.* DE VAS. Supreme Court of Utah. Certiorari denied. *Paul N. Cotro-Manes* for petitioners.

Nos. 219 and 220. BRIDGES *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Hume Cofer* and *John D. Cofer* for petitioner.

No. 224. RHODES *v.* UNITED STATES. Court of Claims. Certiorari denied. *John P. Witsil* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.

No. 226. DREDGE CORPORATION *v.* HUSITE COMPANY. Supreme Court of Nevada. Certiorari denied. *Abraham Marcus* and *George W. Nilsson* for petitioner. *H. Dale Murphy* for respondent.